AO 240 (Rev. 9/96)

FILED

# UNITED STATES DISTRICT COURT

**MIDDLE** District of **FLORIDA**

2010 FEB 18 PM 1:26

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS, FLORIDA

**R. A. CARLETTI**
Plaintiff

V.

**M. CROOKSTON CIURO**
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 2:10-cv-109-FtM-29DNF

I, **R.A. Carletti**, declare that I am the (check appropriate box)

☐ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
2110 FIRST STREET ROOM 2-194
FORT MYERS, FL 33901
239/461-2000
www.flmd.uscourts.gov

September 29, 2008

R. A. Carletti
16881 Davis Rd. #211
Ft. Myers, FL 33908

Dear Mr. Carletti :

Your correspondence has been received. Please see below: **Fee Consideration - SSI - See Exh. Encl.**

__X__   **Filing Fee Requirement:** Unless a case is commenced *in forma pauperis* in accordance with Local Rule 4.07, a filing fee of $ 350.00, made payable to the Clerk, U.S. District Court, must accompany the complaint, petition, removal, or miscellaneous case prior to being accepted for filing.

_____   **Copy Work:** In order to process your request for photocopies, please furnish the information requested below. After we receive the information from you, you will be notified of the charges involved. You may want to purchase a docket sheet that will show you the date filed and document number.

Style of Case: **Violation Rights Under U.S. Constitution**
Case Number: _____
Title of Document: _____
Date Document Filed: _____
Document Number _____