FILED

10 FEB 2 **IMPORTANT**
CLERK, U.S.
MIDDLE DISTRICT OF FLORIDA
FT. MYERS, FLORIDA

To: U.S. District Court
Middle District of Florida

From: R.A. Carletti
16881 Davis Rd #211
Ft Myers, FL. 33908

2:10-cv-109-FtM-29

Case 2:06-mc-27-FTM-29

Going to see wife and family. Will organize and submit small brief for review for merit.

It is very important to me to settle based on the the truth and facts in hand. I really appreciated your consideration.

2/25/2010          R A Carletti
Resp: 30-45 Days    Citizen - Veteran



# ATTACHMENT(S)

# NOT

# SCANNED

___ Exceeds scanner's page limits
___ Physical exhibit prevents scanning
_X_ Other: Exhibits

**\*\*PLEASE REFER TO COURT FILE\*\***