UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

R. A. CARLETTI,

        Plaintiff,

vs.                                    Case No.   2:10-cv-109-FtM-29DNF

M. CROOKSTON CIURA,

        Defendant.
_____

**ORDER**

    This matter comes before the Court on the Order (Doc. #4) entered on February 23, 2010.  In that Order (Doc. #4), the Court directed the Plaintiff, R.A. Carletti to file an Amended Complaint within twenty-one (21) days from the date of the Order, and to file an new Application to Proceed Without Prepayment of Costs.  The Court has not received these documents.  On February 26, 2010, the Plaintiff filed a document stating that he was going to see his wife and family and "will organize and submit small brief for review for merit." (Doc. 5 p. 1.)  The Court will construe this document as a request for extension of time.

    Accordingly, it is now

    **ORDERED:**

    The Plaintiff shall have until **April 19, 2010**, in which to comply with the Order (Doc. #4) entered on February 23, 2010, and

to file his Amended Complaint and Application to Proceed Without Prepayment of Costs.

**DONE AND ORDERED** at Fort Myers, Florida, this __25th__ day of March, 2010.

_____
JOHN E. STEELE
United States District Judge

Copies:
Counsel of record

-2-