**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

RANDALL A. CARLETTI,
SHIRLEY A. CARLETTI,
               Plaintiffs,

-vs-                                     Case No. 2:10-cv-109-FtM-29DNF

CITI CAPITAL/ GROUP, aka The
Associates, AETNA-ST. PAUL-
TRAVELERS- CITI GRP, DOE
DEFENDANTS, USA, FRANK CIURA,
Mrs., aka Br. Mgr. Exec Citi Grp., OHIO
ATTORNEY GENERAL, CINICINNATI
INSURANCE CO., MARY D.
CROOKSTON, M.D. CROOKSTON
TRUST,
               Defendants.
_____/

## REPORT AND RECOMMENDATION

### TO THE UNITED STATES DISTRICT COURT

    The Plaintiff, Randall A. Carletti filed an Application to Proceed Without Prepayment of Fees and Affidavit (Doc. 2) on February 28, 2010. Mr. Carletti is requesting leave to proceed *in forma pauperis* which is without the prepayment of costs. When an application is filed to proceed *in forma pauperis*, the Court is obligated to review the file pursuant to Title 28 U.S.C. § 1915. Section 1915(e)(2)(B) requires the Court to dismiss the case if it determines that the action is frivolous or malicious; if it fails to state a claim upon which relief may be granted; or if the complaint seeks monetary relief against a defendant who is immune from such relief. 28 U.S.C. §1915. A complaint is considered to be frivolous when it "lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989). *Pro se* complaints should be held to a less stringent standard

than pleadings drafted by attorneys. *Watson v. Ault*, 525 F.2d 886, 891 (5th Cir. 1976[1]). The Court entered an Order (Doc. 4) on February 23, 2010 which required the Plaintiff to file an Amended Complaint and file an Application to Proceed Without Prepayment of Costs. On April 12, 2010, the Plaintiff filed another Complaint (Doc. 7) which appears to be the Amended Complaint but failed to file the Application to Proceed Without Prepayment of Costs. The Court reviewed the Amended Complaint. The allegations in the Amended Complaint are unclear and fail to state a cause of action. The Amended Complaint contains allegations concerning "Federal Tax Deposits" of Shir Leasing, alienation and attack of a marriage, kidnaping of a child, guardianship, social security benefits, and other claims. The Court determines that none of the allegations are clear enough to raise a cause of action upon which relief may be granted.

Therefore, it is respectfully recommended that the Application to Proceed Without Prepayment of Fees and Affidavit (Doc. 2) be **denied** and this action be **dismissed.**

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Respectfully recommended in Chambers in Ft. Myers, Florida this 27th day of April, 2010.

Gustave J. DiBianco
United States Magistrate Judge

Copies: All Parties of Record

---

[1] In *Bonner v. City of Prichard*, 661 F.2d 1206, 1209 (11th Cir., 1981) (*en banc*), the Eleventh Circuit Court of Appeals adopted as binding precedent all the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.