5/6/2010

RECEIVED
10 MAY 10 PM 12:52
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS, FLORIDA

CASE 2:10-CV-00109-JES-DNF

TO: U.S. Dist Ct. - Mid. Dist FL

FR: R.A. CARLETTI
16881 DAVIS RD. #211 or BX 100
FT. MYERS, FL.         COLUMBIANA, O.
33908                         44408

NEED YOUR HELP TO ACQUIRE JUSTICE. I'VE BEEN TRYING FOR ALMOST SEVEN YEARS NOW TO GET A SIMPLE PROBLEM SOLVED THAT A GOV'T. EMPLOYEE TOLD ME WAS WRONG IN 2004 BUT STARTED IN 2002. HE SHOWED ME THE LAW AND WHY BUT THEN STATED, "YOU'LL NEVER GET IT DONE." WHY NOT IF ITS THAT EASY TO SEE THRU IN 10 TO 15 MINUTES WHAT COULD BE SO HARD??? HIS COMMENT WAS " YOU"LL SEE!! " "GOOD LUCK"

IF I NEED LEGAL HELP AT TRIAL OR I WANT MEDIATION, OR EVEN ARBITRATION CAN I GET YOUR HELP WITH THE FINAL NEGOTIATIONS AT THE OHIO SUPREME COURT OR FEDERAL DISTRICT, APPEALS, OR EVEN THE U.S. SUPREME COURT???

REALLY NEED SOME ONE TO SOLVE, THANKS.

\* S-MAN OFF OPERATION 8 WEEKS ± HELPING MAY NOT GET BACK TO FL. for WHIRl INF. TO BOX 100 COL, O.
PN 3307278418

[handwritten top: Can Prepare + Send Lila This to 100 Pros]

## TABLE OF CONTENTS

OPINIONS BELOW .................................................................................................. 1

JURISDICTION..........................................................................................................

CONSTITUTIONAL AND STATUTORY PROVISIONS INVOLVED ............................

STATEMENT OF THE CASE ....................................................................................

REASONS FOR GRANTING THE WRIT ..................................................................

CONCLUSION..........................................................................................................

[handwritten: Respectfully, RD Corletta 5/6/2010]

### INDEX TO APPENDICES

APPENDIX A

APPENDIX B

APPENDIX C

APPENDIX D

APPENDIX E

APPENDIX F

[handwritten annotations:
Looking For Rights — Citizen — Army Veteran
1. *Equal Justice Under Law
2. SSI: Mine 1244 Rae Bk to 1/2009
3. Girl (MDC) *622 — 50%/Promise
4. Vaccine Ct. */Ruling
5. Rae//Genome//Radiation 1947 * Experiment
6. Money Taken From Wife

Simple Pure Justice]

UNITED STATES DISTRICT COURT
Middle District of Florida
United States Courthouse and Federal Building
2110 First Street, Room 2-194
Ft. Myers, FL 33901
239-461-2000
www.flmd.uscourts.gov

March 11, 2009

R. A. Carletti
16831 Davis Road Suite 211
Fort Myers, FL 33908

Dear Mr. Carietti:

United States District and Magistrate Judges are strictly limited in their jurisdiction and do not have the authority to act or intercede in matters unless they pertain to a specific case pending before them. Since you do not have a case pending before this Court, no action or involvement by the Court is deemed appropriate.

Sheryl L. Loesch, Clerk

*/Arnett*
Deputy Clerk

---

*Handwritten annotations:*

- 3/10/09
- 5/6/2010
- Mail Here all Summer ↓
- Purp. Address Sept-April →
- @ Bx 100, Columbiana, O. 44408 + U Sept
- Mediation? Negotiation?
- Dispute of Debt From State Court over $75000
- Diversity of Citizens
  1. Florida — RAC
  2. Texas — MCC
  3. Ohio — SAC
- Dispute Resolution Board? Federal Act?

## TO ANYONE IN GOVT. WHO TRULY BELIEVES IN EQUAL PROTECTION – TREATMENT – JUSTICE IN AMERICA?????????

SEVEN YEARS THIS SPRING TRYING TO GET JUSTICE UNDER THE ORC – 3119.021- USE MY IRS –1992&1993- FOR MY SELF, WIFE AND TWO LIGITIMATE CHILDREN- MY FIRST AND ONLY FAMILY. ASSHOWN TO ME BY L.TRIPODI- CSEA SPECIALIST – TRUMBULL CO. IN 2004 IT DOES NOT COME CLOSE TO $6250/ YR.AND = A BACK ASSEMENT OF $62500 FOR 1993 THRU 2002.HE SHOWED THAT LAW AND THE ONE THAT SAYS YOU DO NOT TOUCH THE WAGES OF THE SPOUCE OR HER CORP.- SHIR LEASE SINCE 1986- A SUB-S SINCE 1993. IN OVER TWENTY REQUESTS TO THE MAH. COURT, JOB AND FAM.SER [MAH. AND STATE], THE ATTY. GEN. OFFICE, THE GOV. OFFICE- NEVER ONE WRITTEN RESPONSE FOR THE COMPUTATION REQUESTED UNDER THE OHIO RECORDS LAW AND THE FED. F.O.I.ACT- NOT ONE – ONLY THAT OF L. TRIPODI IN PERSON. WHY??FAIR IS FAIR . WHY ARE THEY NOT RESPONDING? NO GENDER DIAS! THAT'S DISCRIMINATORY, RIGHT? TRIPODI SAID,"NEVER GET CORRECTED"!!

NEVER HAD ONE MINUTE OF PARENTAL RIGHTS EITHER, NEVER!!! THAT'S AGAINST THE LAW- COMMON LAW – U.S. NO RIGHTS NO SUPPORT. ALSO OHIO LAW IF NO VISIT OR CUSTODY RIGHTS – NO SUPPORT, ONLY MAKLES SENSE. IN 1993 SHE, M.C.C. FILED IN HAMILTON – " I WANT NOTHING" HER QUOTE. FILED AGAINST TWO MEN IN HAM. CO. – CINN. O. THEN SHE DISAPPEARED TO HOUSTON , TEXAS BIGGER JOB- EXEC. CITI GROUP. CIURAs= $140000/ YR. IN 2000 THE CARLETTI FAM =$40000 THAT YEAR IN WAGES [TWO CHILDREN] SHE HAD ONE AND STOLE THE DONOR SPERM FROM A MARRIED MALE , INCAPACITED , HER CORP. PARTY, HER ABODE, NO PROTECTION, NO DETERENT, SO SHE INTENDED TO USE THE HUSBAND OF ANOTHER WOMAN TO ATTAIN HER GOAL [ THAT'S IS LURE TO ADULTREY ].

I HAVE WORKED MY WHOLE LIFE FROM 12 YEARS OLD NOW 62. ONLY MONEY IS SSI AAT $1244 PER MO. I SET UP THE GIRL TO ALSO GET $622 PER MO PAID FROM MY ACCT. THAT'S NOT ENOUGH THE WANT TO APPROPRIATE $746 FROM MY CK. LEAVING ME WITH $500/ MO. FOR FOOD, CLOTHING, TRANS, TO AND FROM MED [ SICK MY WHOLE LIFE SINCE 3 MO. OLD ] . ON

WADE PARK HAS ME DOING AROBICS IN WATER TO HELP.
11. STILL HAVE ARTHRITIS IN LEFT FOOT AND LOWER BACK.

SEE * AND * PLEASE EXPLAIN IN DETAIL. IF YOUR TOTALLY LAID UP, LOW HEART RATE, DIZZYNESS, ARTHRITIC PAIN, KNEE PAIN, HEART PALPATATIONS WITH EXERTION, 62 YEARS OLD, WHAT WOULD LIKE ME TO DO??? GO TO WORK FOR , GENERAL MOTORS, CITI BANK, DHL FRT. [WILMINGTON , OH. ] , WALL STREET, ???? HOW ABOUT SOC SEC ADMIN??? START AT $$$$$$$?? YOU SEE HOW LITTLE I MADE OVER MY LIFE TIME. WHY???NOT GREEDY, THAT'S WHY! WANTED TO MAKE SURE OTHERS COULD WORK TOO, AND I COULD HELP TEACH THEM A TRADE AS A TRUCK DRIVER, MECHANIC, WELDER, ETC. I WOULD STILL LIKE TO DO THE SAME , A LITTLE EACH AND EVERY DAY BECAUSE I RUN OUT OF STEAM REAL QUICK AND HAVE TO REST. I ALSO WANT TO HELP SOME LITTLE KIDS IN OTHERS NATIONS WHO DON'T HAVE ENOUGH TO EAT. I DON'T HAVE ALL THE ANSWERS LIKE THE GREAT POLITICAL MINDS IN WASHINGTON AND THE OTHER STATE AND LOCAL GOVERMENTS DO. I ONLY SMALL IDEAS TO HELP A LITTLE OR ONE OR TWO. A JOURNEY OF A THOUSAND MILES BEGINS WITH ONE STEP.

R.A. CARLETTI

5/6/2010
RA Carletti

RANDALL A CARLETTI
PO BOX 100
COLUMBIANA, OH 44408

16881 Davis Road
#211
Ft Myers FL
33908

Cell 330 727 8418

Back North - C-mas - Dee 9th