```
                UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
                     FORT MYERS DIVISION
```

RANDALL A. CARLETTI, SHIRLEY A. CARLETTI,

          Plaintiffs,

vs.                        Case No.   2:10-cv-109-FtM-29DNF

CITI CAPITAL/ GROUP, aka The Associates, AETNA-ST. PAUL- TRAVELERS- CITI GRP, DOE DEFENDANTS, USA, FRANK CIURA, Mrs., aka  Br. Mgr. Exec Citi Grp., OHIO ATTORNEY GENERAL, CINICINNATI INSURANCE CO., MARY D. CROOKSTON, M.D. CROOKSTON TRUST,

          Defendants.
_____

## OPINION AND ORDER

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #8), filed April 27, 2010, recommending that the Application to Proceed Without Prepayment of Fees and Affidavit (Doc. #2)[1] be denied and the case dismissed.  No objections have been filed, however R.A. Carletti filed a letter request for legal assistance from the Court on May 10, 2010, asserting that diversity jurisdiction is present and

---

[1]On February 23, 2010, the Court entered an Order (Doc. #4) noting that the information provided regarding plaintiff R.A. Carletti's financial status was insufficient to make a determination of indigency.  On March 25, 2010, the Court entered an Order (Doc. #6) providing additional time to file a full Application to Proceed Without Prepayment of Costs.  Plaintiff never complied.

expanding on the allegations in the Second Amended Complaint. (Doc. #9.)

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

As a preliminary matter, although the "Amended Complaint" includes Shirley A. Carletti as a co-plaintiff, the document is only signed by R.A. Carletti and "for Shirley A. Carletti." There is no evidence that Mr. Carletti is admitted to the practice of law and therefore cannot represent her interests before the Court. Additionally, the Application to Proceed Without Prepayment is only signed by Mr. Carletti. Therefore, the Amended Complaint will be construed as brought only by R.A. Carletti.

As noted by the Magistrate Judge, the Amended Complaint contains a variety of unrelated allegations that fail to provide a basis for federal jurisdiction or fail to state a claim, collectively or independently. After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge. To the extent the letter filing by R.A. Carletti may be construed as objections, such objections are overruled.

Accordingly, it is now

**ORDERED:**

1. The Report and Recommendation (Doc. #8) is hereby **adopted.**

2. The Application to Proceed Without Prepayment of Fees and Affidavit (Doc. #2) is **DENIED.**

3. The request for legal assistance (Doc. #9) is **DENIED.**

4. The Clerk shall enter judgment dismissing the case without prejudice, terminate all motions and deadlines as moot, and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this __25th__ day of May, 2010.

JOHN E. STEELE
United States District Judge

Copies:
Hon. Gustave J. DiBianco
United States Magistrate Judge

Unrepresented parties