```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
                  FORT MYERS DIVISION
```

RANDALL A. CARLETTI, SHIRLEY A. CARLETTI,

              Plaintiffs,

vs.                     Case No. 2:10-cv-109-FtM-29DNF

CITI CAPITAL/GROUP, a/k/a The Associates, AETNA-ST. PAUL- TRAVELERS- CITI GRP, DOE DEFENDANTS, USA, FRANK CIURA, Mrs., aka Br. Mgr. Exec Citi Grp., OHIO ATTORNEY GENERAL, CINICINNATI INSURANCE CO., MARY D. CROOKSTON, M.D. CROOKSTON TRUST,

              Defendants.
_____

**ORDER**

    This matter comes before the Court on receipt of documents forwarded from the Social Security Administration in East Liverpool, Ohio. The documents include plaintiff Randall Carletti's personal and medical information and were apparently sent to the Social Security Administration with Mr. Carletti's hand-written notations. Since the documents contain the sensitive and personal information of Mr. Carletti, they will not be docketed on the public docket. Additionally, this case was dismissed on May 25, 2010, and the documents are not in the proper form for filing.

    Accordingly, it is now

    **ORDERED:**

The Clerk shall forward the documents to Mr. Carletti without retaining a copy for the file.

**DONE AND ORDERED** at Fort Myers, Florida, this  13th   day of June, 2010.

/s/ John E. Steele
JOHN E. STEELE
United States District Judge

Copies:
Plaintiffs