```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

RANDALL A. CARLETTI,
SHIRLEY A. CARLETTI,

              Plaintiffs,

vs.                                    Case No.   2:10-cv-109-FtM-29DNF

CITI CAPITAL/ GROUP, aka The Associates, AETNA-ST. PAUL-TRAVELERS-CITI GRP, DOE DEFENDANTS, USA, FRANK CIURA, Mrs., aka Br. Mgr. Exec Citi Grp., OHIO ATTORNEY GENERAL, CINCINNATI INSURANCE CO., MARY D. CROOKSTON, M.D. CROOKSTON TRUST,

              Defendants.
_____

**ORDER**

This matter comes before the Court on receipt of documents addressed to the undersigned. As noted in the Court's June 13, 2010, Order (Doc. #12), this case was dismissed on May 25, 2010, and remains closed. The documents contain sensitive and personal information that cannot be docketed and do not provide a basis to reopen this matter.

Accordingly, it is now

**ORDERED:**

The Clerk shall forward the documents to Mr. Carletti without retaining a copy for the file.

**DONE AND ORDERED** at Fort Myers, Florida, this __28th__ day of June, 2010.

                                              /s/ John E. Steele
                                              JOHN E. STEELE
                                              United States District Judge