```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

RANDALL A. CARLETTI,
SHIRLEY A. CARLETTI,

                Plaintiffs,

vs.                                        Case No.   2:10-cv-109-FtM-29DNF

CITI CAPITAL/ GROUP, aka The Associates, AETNA-ST. PAUL-TRAVELERS- CITI GRP, DOE DEFENDANTS, USA, FRANK CIURA, Mrs., aka Br. Mgr. Exec Citi Grp., OHIO ATTORNEY GENERAL, CINICINNATI INSURANCE CO., MARY D. CROOKSTON, M.D. CROOKSTON TRUST,

                Defendants.
_____

**ORDER**

This matter comes before the Court on receipt of documents from plaintiff. The documents include plaintiff Randall Carletti's personal, financial, and medical information with notations. Since the documents contain the sensitive and personal information of Mr. Carletti, they will not be docketed on the public docket. Additionally, this case was dismissed on May 25, 2010, and the documents are not in the proper form for filing.

The Court notes that mail remains undeliverable to the last known address in Fort Myers, Florida. The Clerk will be directed to forward the documents to the post office box provided on the envelope.

Accordingly, it is now

**ORDERED:**

The Clerk shall forward the documents to Mr. Carletti, at his post office box in Ohio, without retaining a copy for the file.

**DONE AND ORDERED** at Fort Myers, Florida, this ___12th___ day of October, 2010.

                                                  JOHN E. STEELE
                                                  United States District Judge

Copies:
Parties of record